UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUSTIN MCCANLES | CASE NO. 23-cv-1715 |
| -vs- | JUDGE DRELL |
| U.S. BUREAU OF PRISON | MAGISTRATE JUDGE PEREZ-MONTES |

JUDGMENT

Before the court is the Government's unopposed motion to dismiss Rustin McCanles' claims for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6). (Doc. 13). As set forth by the Government, this court lacks subject matter jurisdiction over McCanles' claim. There has been no waiver of the Government's sovereign immunity and McCanle's sole means of recovery are pursuant to the Inmate Accident Compensation Act. And because we lack jurisdiction, we do not consider the merits of the claims. Accordingly, it is

ORDERED, ADJUDGED and DECREED that all claims against the Government shall be DISMISSED WITHOUT PREJUDICE and this matter shall be closed by the Clerk of Court.

THUS DONE AND SIGNED at Alexandria, Louisiana this 5th day of December 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT